AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
2/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
2/3/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___bm___ DEPUTY

United States of America

v.

JAMES DANIEL REYES,

Defendant

Case No.   2:21-mj-00595-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 31, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)(A) | Assault on a Person Assisting Federal Officers and Employees |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

  ☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 3, 2021

City and state:   Los Angeles, California

*Judge's signature*

Hon. Jean Rosenbluth, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Thomas Smith, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against JAMES DANIEL REYES ("REYES") for a violation of 18 U.S.C. § 111(a)(1)(A): Assault on a Person Assisting Federal Officers and Employees.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and requested search warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the Department of Homeland Security, Federal Protective Service. I have been a Special Agent for the past three years and am currently assigned as a member of the FBI Joint-Terrorism Task Force. In addition to participating in FBI counter-terrorism investigations, I am the case agent and co-case agent on numerous Federal Protective Service investigations. Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for four years, where I

performed security duties for federal facilities in Washington, D.C., and Albuquerque, New Mexico.  In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  I have also received over 168 hours of Threat Assessment and Management and Physical Security Training.  As a federal law enforcement officer, I have investigated over 100 cases involving criminal threats and assaults.

### III. SUMMARY OF PROBABLE CAUSE

4.   On January 31, 2021, three Protective Security Officers ("PSOs") on duty at the federal building in Westwood observed a male, later identified as REYES, approach the building with a crossbow and machete.  REYES complied with the PSOs' order to drop the weapons.  After the PSOs detained REYES, REYES repeatedly tried to bite the PSOs and threatened to injure them.

### IV. STATEMENT OF PROBABLE CAUSE

5.   Based on my training and experience, my review of law enforcement reports, my discussions with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

6.   The Federal Protective Service, an agency of the U.S. Department of Homeland Security, contracts with Protective Security Officers to protect certain federal facilities, including the federal building located at 11000 Wilshire Blvd in Los Angeles, California (the "Westwood Federal Building").  PSOs receive extensive training and are authorized to carry weapons,

operate x-ray machines, and screen visitors to federal buildings.  Their task is to ensure that federal officers and employees can do their jobs safely.

7. On the evening of January 31, 2021, three PSOs were on duty at the Westwood Federal Building.  At approximately 10:30 p.m., while stationed at the entrance performing their official duties, the PSOs observed REYES approach the building holding a crossbow and machete.  The PSOs ordered REYES to drop his weapons, which he did.  The PSOs then detained REYES and placed him in handcuffs.

8. While detained, REYES resisted the PSOs and acted erratically and aggressively.  REYES repeatedly tried to bite the PSOs and stated, "you want AIDS?"  REYES also repeatedly threatened to attack and injure the PSOs.

9. On February 1, 2021, at approximately 12:30 a.m., I read REYES his Miranda rights, which he waived, and he provided a verbal statement.

   a. REYES admitted to using methamphetamine and marijuana that evening, and said that he went to the Westwood Federal Building because he knew someone who worked there and wanted to hurt them.  REYES refused to provide the name of this individual.

   b. REYES stated that he wanted to "kick the door down" and "kick ass" at the Westwood Federal Building.  REYES explained that as he approached the building, he wanted to go "HAM," which I understood as an acronym for "Hard as a Motherfucker."

3

    c. REYES admitted to possessing an additional crossbow and hatchet in his vehicle. He consented to my search of his vehicle, where I discovered those weapons.

  10. I later observed the crossbow and machete that REYES carried as he walked up to the Westwood Federal Building. I saw that the crossbow was loaded with a bolt (a projectile); that it was pulled in the firing position; and that the safety switch was set to fire. I saw that the machete was approximately 24 inches in length.

### V. CONCLUSION

  24. For the reasons described above, there is probable cause to believe that REYES has committed a violation of 18 U.S.C. § 111(a)(1)(A): Assault on a Person Assisting Federal Officers and Employees.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  3rd   day of
 February  , 2021.

_____
HONORABLE JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE